IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIH-HSIN CHANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX SATELLITE TELEVISION (U.S.), INC., *et al.* <br><br> Defendants. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) <br><br> Civil No. 1:14-CV-002686-PKC |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned case is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 10th day of Aug, 2015.

*[signature]*

Lawrence DiNardo (*admitted pro hac vice*)
ldinardo@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(312) 782-3939 (telephone)
(312) 782-8585 (facsimile)

M. Carter DeLorme (*admitted pro hac vice*)
cdelorme@jonesday.com
Jennifer C. Everett (*admitted pro hac vice*)
jeverett@jonesday.com
Nikki L. McArthur (*admitted pro hac vice*)
nmcarthur@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 (telephone)
(202) 626-1700 (facsimile)
*Counsel for Defendants Phoenix Satellite Television (U.S.), Inc. and Phoenix Satellite Television Holdings Limited*

*[signature]*

Lynne A. Bernabei (*admitted pro hac vice*)
Matthew E. Radler (*admitted pro hac vice*)
Lauren R.S. Mendonsa (*admitted pro hac vice*)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
bernabei@bernabeipllc.com
radler@bernabeipllc.com
mendonsa@bernabeipllc.com
(202) 745-1942 (telephone)
(202) 745-2627 (facsimile)
*Counsel for Plaintiffs*

*[signature]*

Andrew St. Laurent
Harris, O'Brien, St. Laurent & Chaudhry LLP
111 Broadway
Suite 402
New York, NY 10006
andrew@harrislawny.com
(212) 397-3370 (telephone)
(212) 202-6206 (facsimile)
*Counsel for Defendant Zhengzhu Liu*